UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN MANUEL RUIZ,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS et al.,

Defendants.

Case No. 2:16-cv-00931-APG-VCF

ORDER

**I.　DISCUSSION**

Plaintiff has filed a motion for a 90-day extension of time to file his second amended complaint. (ECF No. 8). The Court grants the motion for extension of time. Plaintiff shall file his second amended complaint on or before Friday, May 11, 2018. Pursuant to the screening order, if Plaintiff chooses not to file a second amended complaint curing the stated deficiencies of the first amended complaint, this action shall proceed immediately against Defendants Legrand, Van Horn, Carpenter, Sandie, Johns, Gedney, and Chapman (Count I-deliberate indifference to serious medical needs) only. (ECF No. 7 at 10).

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted.

It is further ordered that Plaintiff shall file a second amended complaint on or before Friday, May 11, 2018.

1        It is further ordered that, if Plaintiff chooses not to file a second amended complaint
2 curing the stated deficiencies of the first amended complaint, this action shall proceed
3 immediately against Defendants Legrand, Van Horn, Carpenter, Sandie, Johns, Gedney,
4 and Chapman (Count I-deliberate indifference to serious medical needs) only.

6        DATED THIS 12th day of February 2018.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE