# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

JOHN MANUEL RUIZ,

        Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

2:16-cv-00931-APG-VCF

**ORDER**

      Before the Court is NDOC's Motion To Extend Dispositive Motions Deadline Only To December 30, 2020 (ECF No. 49).

      NDOC states several reasons why the dispositive motions deadline of October 1, 2020 should be extended. NDOC states that Deputy Attorney General Alexander J. Smith recently started with the Nevada Attorney General's Office and has been assigned this case. He is also assigned 40 other cases and will need additional time to work on this matter. NDOC also states technological difficulties caused by working from home due to the COVID-19 pandemic.

      No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that the Motion To Extend Dispositive Motions Deadline Only To December 30, 2020 (ECF No. 49) is GRANTED.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is extended to December 30, 2020. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order

DATED this 19th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE