# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOHN MANUEL RUIZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>                    Defendants. | 2:16-cv-00931-APG-VCF<br>**ORDER** |

Before the Court is Plaintiff's  Motion for File Stamped Copy of Process Receipt and Return of USM 285 Forms (ECF No. 55).

Ruiz is requesting the court for a copy of the return executed Summons on Defendants Legrand, Sandie, Gedney, and Johns.

Defendants Legrand, Sandie, Gedney, and Johns' personal addressed are listed on the issued Summons and are on the return Summons.  It would seem as though Ruiz already know the addresses of Defendants Legrand, Sandie, Gedney, and Johns, based on Ruiz's completed USM 285 Forms.

No opposition has been filed and the time to file an opposition has passed.  Pursuant to R 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's  Motion for File Stamped Copy of Process Receipt and Return of USM 285 Forms (ECF No. 55) is GRANTED.

The Clerk of Court is directed to mail Ruiz a copy of ECF Nos. 48, 50, and 56.

DATED this 8th day of January, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE