# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN MANUEL RUIZ,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | 2:16-cv-00931-APG-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Discovery (ECF No. 74).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on Plaintiff's Motion for Discovery (ECF No. 74), is scheduled for 2:00 PM, July 27, 2021.

The Office of the Nevada Attorney General is ordered to contact Tawnee Renfro, Courtroom Deputy (702-464-5427), to coordinate the call-in telephone number with High Desert State Prison for Plaintiff for this hearing by noon, July 26, 2021.

Plaintiff is ordered to appear telephonically. The court will place the call and connect with Plaintiff at High Desert State Prison with the number provided to the court by either the prison or the Office of the Nevada Attorney General.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 24th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE