**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN MANUEL RUIZ, | |
| Plaintiff(s), | 2:16-cv-00931-APG-VCF |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant(s). | |

Before the Court are the motion to mail copy of receipt of filing fee by (ECF No. 92) and motion to stay discovery (ECF No. 93).

Accordingly,

IT IS HEREBY ORDERED that the motion to mail copy of receipt of filing fee by (ECF No. 92) and motion to stay discovery (ECF No. 93) are added to the video conference hearing scheduled for **1:00 PM, November 2, 2021**.

DATED this 27th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE