**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN MANUEL RUIZ, | |
| Plaintiff(s), | 2:16-cv-00931-APG-VCF |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant(s). | |

Plaintiff John Manuel Ruiz filed a response to the order to show cause on December 14, 2021. (ECF No. 102). Ruiz's response contains personal-data identifiers.

Under LR IC 6-1,

(a) Parties must refrain from including—or must partially redact, where inclusion is necessary—the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise:

(1) Social Security Numbers. If an individual's Social Security number must be included, only the last four digits of that number should be used.

(2) Names of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child should be used.

(3) Dates of Birth. If an individual's date of birth must be included, only the year should be used.

(4) Financial Account Numbers. If financial account numbers must be included, only the last four digits of these numbers should be used.

(5) Home Addresses. If a home address must be included, only the city and state should be listed.

(6) Tax Identification Number. If a tax identification number must be used,

only the last four digits of that number should be used.

Accordingly,

I DIRECT The Clerk of Court to temporarily seal ECF No. 102.

DATED this 5th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE