# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JOHN MANUEL RUIZ,

        Plaintiff(s),

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

        Defendant(s).

2:16-cv-00931-APG-VCF

**ORDER**

      Before me is plaintiff's motion to subpoena Ruiz's medical records to court as exhibits (ECF No. 103).

      Ruiz is not making any request in ECF No. 103, but he is stating that he was given an opportunity to review his medical records. Ruiz attached his notes on his medical records as exhibits.

      Accordingly,

      I ORDER that Plaintiff's motion to subpoena Ruiz's medical records to court as exhibits (ECF No. 103) is treated as a status report.

      DATED this 26th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE