**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOHN MANUEL RUIZ,

    Plaintiff(s),

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendant(s).

2:16-cv-00931-APG-VCF

**ORDER**

    Before me are Defendants' motion to stay the January 7, 2022 dispositive motions deadline until a date to be determined by the court because plaintiff currently has pending several outstanding discovery related motions (ECF No. 105) and Plaintiff's motion for extension of time (ECF No. 106).

    In light of plaintiff's objection (ECF No. 109) to ECF No. 107, I ORDER that all deadlines in ECF No. 95 are VACATED and will be reset after ECF No. 109 is resolved.

    I FURTHER ORDER that Defendants' motion to stay the January 7, 2022 dispositive motions deadline until a date to be determined by the court because plaintiff currently has pending several outstanding discovery related motions (ECF No. 105) and Plaintiff's motion for extension of time (ECF No. 106) are DENIED as moot.

    DATED this 9th day of February 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1