UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MANUEL RUIZ,<br><br>　　　　Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants | Case No.: 2:16-cv-00931-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Defendants Johns and LeGrand**<br><br>(ECF No. 107) |

　　　Magistrate Judge Ferenbach recommends that I dismiss all claims against defendants Marsha Johns and Robert LeGrand for plaintiff John Ruiz's failure to timely serve them. ECF No. 107.  Ruiz filed an objection. ECF No. 109.

　　　I have conducted a de novo review of the issues set forth in the Report and Recommendation under Local Rule IB 3-2.  Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

　　　I THEREFORE ORDER that the Report and Recommendation (ECF No. 107) is accepted, and defendants Marsha Johns and Robert LeGrand are dismissed from this case.

　　　DATED this 12th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE