# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOHN MANUEL RUIZ, | |
|       Plaintiff(s), | |
| v. | 2:16-cv-00931-APG-VCF |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | **ORDER** |
|       Defendant(s). | |

Before the court is *John Manuel Ruiz v. Nevada Department of Corrections, et al.*, case number 2:16-cv-931-APG-VCF.

Judge Gordon has entered an order accepting the report and recommendation dismissing defendants Johns and LeGrand (ECF No. 112).

Accordingly,

IT IS HEREBY ORDERED that the stay is lifted.

IT IS FURTHER ORDERED that dispositive motions must be filed or before September 1, 2022. The joint pretrial order is due October 3, 2022. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 1st day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE