UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MANUEL RUIZ, | Case No.: 2:16-cv-00931-APG-VCF |
| Plaintiff | **Order Granting Motion to Seal** |
| v. | [ECF No. 115] |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

    I HEREBY ORDER that the defendants' motion to seal (ECF No. 115) is granted. The documents filed at ECF No. 116 shall remain sealed.

    DATED this 23rd day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE